UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00102

**Devaughan Roberts**,
*Plaintiff,*

v.

**Patrick Cooper et al.**,
*Defendants.*

# ORDER

On March 22, 2022, plaintiff Devaughan Roberts, proceeding pro se, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. Plaintiff paid the full filing fee when he filed his lawsuit. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 2.

On September 22, 2022, the magistrate judge entered a report recommending that plaintiff's case be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m). Doc. 22. No objections were filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The petition is dismissed without prejudice for failure to effectuate service pursuant to Fed. R. Civ. P. 4(m).

*So ordered by the court on November 1, 2022.*

J. CAMPBELL BARKER
United States District Judge